UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

THE BROOKLYN UNION GAS COMPANY,

                Plaintiff,

                                                                Civil Action No.
       -against-                                  1:17-CV-00045

                                                                (Brodie, J.)
EXXON MOBIL CORPORATION,                   (Tiscione, M.J.)
UNITED STATES OF AMERICA, *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the pleadings filed in this action; the Memorandum of Law in Support of Defendant United States of America's Motion to Dismiss the CERCLA Claims Asserted in Counts I, II, and II of the Amended Complaint; the Memorandum of Law in Support of Motion to Dismiss by Defendants 19 Kent Acquisition LLC, North 12th Associates, LLC, 35 Kent Ave LLC, New 10th Street, LLC, Chevron U.S.A. Inc., Paragon Oil Inc., Texaco, Inc., Exxon Mobil Corp., Bayside Fuel Oil Depot Corp., Iron Mountain, Inc., the City of New York, Sunoco, Inc. (R&M), Buckeye Partners, L.P., and Patti 3 LLC, Defendant United States of America, by its attorney, Bridget M. Rohde, Acting United States Attorney for the Eastern District of New York, Matthew J. Mailloux, Assistant United States Attorney, of counsel, will move before this Court for an Order dismissing Counts I, II, and III of the Amended Complaint with prejudice in their entirety pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      July 14, 2017   Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: */s/ Matthew J. Mailloux*
Matthew J. Mailloux
Assistant U.S. Attorney
(718) 254-6176
matthew.mailloux@usdoj.gov

To: Counsel of Record