

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 14, 2017

**BY ECF, Email, and USPS**
Mr. Russell Bertram Selman
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, IL 60606

    Re:    *Brooklyn Union Gas Company v. Exxon Mobil Corp., et al.*
            Civ. No. 1:17-cv-00045 (Brodie, J.) (Tiscione, M.J.)

Dear Mr. Selman:

    Pursuant to the Court's Scheduling Order, Defendant United States of America provides the following documents in support of its Motion to Dismiss the Amended Complaint:

(1) Defendant United States of America's Notice of Motion to Dismiss; and

(2) Memorandum of Law in Support of Defendant United States of America's Motion to Dismiss CERCLA Claims Asserted in Counts I, II, and III of the Amended Complaint.

    In accordance with the Court's Scheduling Order, Plaintiff's responsive submission is due by September 15, 2017.

    Respectfully submitted,

    BRIDGET M. ROHDE
    Acting United States Attorney

By:    */s/ Matthew J. Mailloux*
    Matthew J. Mailloux
    Assistant U.S. Attorney
    (718) 254-6176
    matthew.mailloux@usdoj.gov

cc:    Hon. Margo K. Brodie (via ECF)

       Counsel of Record (via Email)

## CERTIFICATE OF SERVICE

I, Matthew J. Mailloux, hereby declares and states as follows:

That on July 14, 2017, I caused to be served by the office of the United States Attorney, Brooklyn, New York, the following:

(1) Defendant United States of America's Notice of Motion to Dismiss; and

(2) Memorandum of Law in Support of Defendant United States of America's Motion to Dismiss CERCLA Claims Asserted in Counts I, II, and III of the Amended Complaint.

The foregoing was sent by Email and Standard Mail to counsel for all of the parties.

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
July 14, 2017

By: */s/ Matthew J. Mailloux*
Matthew J. Mailloux
Assistant U.S. Attorney
(718) 254-6176
matthew.mailloux@usdoj.gov