UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BROOKLYN UNION GAS COMPANY,<br><br>                              Plaintiff,<br><br>-against-<br><br>EXXON MOBIL CORPORATION,<br>UNITED STATES OF AMERICA,<br>PARAGON OIL INC./TEXACO, INC.,<br>BAYSIDE FUEL OIL DEPOT CO.,<br>IRON MOUNTAIN, INC.,<br>CITY OF NEW YORK,<br>MOTIVA ENTERPRISES LLC,<br>BUCKEYE PARTNERS, L.P.,<br>SUNOCO, INC. (R&M),<br>CHEVRON U.S.A., INC.,<br>19 KENT ACQUISITION LLC,<br>NORTH 12TH ASSOCIATES LLC,<br>35 KENT AVE LLC,<br>NEW 10TH STREET LCC, and<br>PATTI 3 LLC,<br><br>                              Defendants. | **NOTICE OF MOTION**<br><br>Index No. 1:17-cv-00045 (MKB) |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Daniel R. Farino, certain Defendants (the "Moving Defendants") will move this Court before the Honorable Margo K. Brodie at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, as soon as counsel can be heard, for an Order dismissing the Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper. The Moving Defendants are:

EXXON MOBIL CORPORATION,
PARAGON OIL INC./TEXACO, INC.,
BAYSIDE FUEL OIL DEPOT CORP.,
IRON MOUNTAIN, INC.,
CITY OF NEW YORK,
BUCKEYE PARTNERS, L.P.,
SUNOCO, INC. (R&M),
CHEVRON U.S.A. INC.,
19 KENT ACQUISITION LLC,
NORTH 12TH ASSOCIATES, LLC,
35 KENT AVE LLC,
NEW 10TH STREET, LLC,
MOTIVA ENTERPRISES LLC, and

PATTI 3, LLC.

    Counsel for the above parties have consented to the submission of this document via ECF by Daniel Farino, counsel for Defendant Exxon Mobil Corporation.

Dated:  New York, NY
          July 29, 2019

| /s/ Elizabeth Knauer | /s/ Matthew Morrison |
|---|---|
| Elizabeth Knauer | Matthew Morrison |
| Victoria S. Treanor | PILLSBURY WINTHROP SHAW |
| SIVE, PAGET & RIESEL P.C. | PITTMAN LLP |
| 560 Lexington Avenue, 15th floor | 1200 Seventeenth Street NW |
| New York, NY 10022 | Washington, DC 20036-3006 |
| (212) 421-2150 | (212)663-8036 |
| eknauer@sprlaw.com | matthew.morrison@pillsburylaw.com |
| vtreanor@sprlaw.com | *Attorneys for Defendants* |
| *Attorneys for Defendants* | *Chevron U.S.A. Inc.,* |
| *19 Kent Acquisition LLC,* | *Paragon Oil Inc, and Texaco, Inc.* |
| *North 12th Associates, LLC,* | |
| *35 Kent Ave LLC, and New 10th Street, LLC* | |
| | |
| /s/ Daniel R. Farino | /s/ John B. McCusker |
| David Edelstein | John B. McCusker |
| Daniel Farino | Rosemarie DaSilva |
| ARCHER & GREINER, P.C. | MCCUSKER, ANSELMI, ROSEN & |
| 21 Main Street, Suite 353 | CARVELLI, P.C. |
| Hackensack, NJ 07601 | 805 Third Avenue, 12th Floor |
| (856) 354-3125 | New York, NY 10022 |
| dedelstein@archerlaw.com | (212) 308-0070 |
| *Attorneys for Defendant Exxon Mobil Corporation* | jmccusker@marc.law |
| | *Attorneys for Defendant Exxon Mobil Corporation* |

| | |
|---|---|
| /s/ David J. Freeman<br>David J. Freeman<br>GIBBONS P.C.<br>1 Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br>(212) 613-2079<br>dfreeman@gibbonslaw.com<br>*Attorneys for Defendant Bayside Fuel Oil Depot Corp.* | /s/ Duke McCall, III<br>Duke McCall, III<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20006\4<br>(202) 373-6607<br>duke.mccall@morganlewis.com<br>*Attorneys for Defendant Iron Mountain, Inc.* |
| Zachary W. Carter<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendant City of New York*<br>100 Church Street, Room 6-143<br>New York, NY 10007<br>(212) 356-2316<br>cking@law.nyc.gov<br>dgoodric@law.nyc.gov<br><br>By: /s/ Christopher Gene King<br>Christopher Gene King<br>Devon Goodrich<br>Assistant Corporation Counsel | /s/ Holly K. Austin<br>Holly K. Austin<br>HANCOCK ESTABROOK LLP<br>1800 AXA Tower I<br>100 Madison Street<br>Syracuse, NY 13202<br>(315) 565-4603<br>haustin@hancocklaw.com<br>*Attorneys for Defendant Buckeye Partners, L.P.* |
| /s/ John J. McAleese, II<br>John J. McAleese, II<br>McCARTER & ENGLISH, LLP<br>1600 Market Street<br>Suite 3900<br>Philadelphia, PA 19085<br>(215) 979-3892<br>jmcaleese@mccarter.com<br>*Attorneys for Defendant Sunoco, Inc. (R&M)* | /s/ Ryan O. Miller<br>Ryan O. Miller<br>Law Offices of Kishner & Miller<br>420 Lexington Avenue, Ste. 300<br>New York, NY 10170<br>(212) 585-3425<br>rmiller@kishnerlegal.com<br>*Attorneys for Defendant Patti 3, LLC* |
| /s/ Diana A. Silva<br>Robert D. Fox, Esquire (Pro Hac Vice)<br>Nicole R. Moshang, Esquire (Pro Hac Vice)<br>Diana A. Silva, Esquire (Pro Hac Vice)<br>Manko, Gold, Katcher & Fox, LLP<br>401 City Ave., Suite 901<br>Bala Cynwyd, PA  19004<br>(484) 430-5700 (Telephone)<br>(484) 430-5711 (Facsimile)<br>rfox@mankogold.com<br>nmoshang@mankogold.com<br>dsilva@mankogold.com<br>*Attorneys for Defendant Motiva Enterprises LLC* | |

216794045v1